DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

3 OCTOBER 2013

| 338P13 | Mark Tate, Employee v. Richard Loftus and Lori Loftus D/B/A West Point Farms, Employer, Noninsured, and Richard Loftus and Lori, Loftus, Individually | ·Def's PDR Under N.C.G.S. § 7A-31 (COA12-1468) | Denied |
|---|---|---|---|
| 340P13 | State v. Matthew Kevin Yow | Def's PDR Under N.C.G.S. § 7A-31 (CO12-1473) | Denied |
| 342P13 | State v. Loy Wright | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Mecklenburg County (COAP13-493)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel<br><br>4. Def's *Pro Se* Motion to Amend and Answer State's Response and Resubmit to Supreme Court | 1. Dismissed<br><br><br>2. Allowed<br><br>3. Dismissed as Moot<br><br>4. Dismissed as Moot |
| 343P13 | State v. Paul R. Walton, Jr. | 1. Def's *Pro Se* Motion for Writ of Supervisory Control for Review Only (COAP13-336)<br><br>2. Def's *Pro Se* Motion for Appointment of Counselor to Review Error | 1. Dismissed<br><br><br>2. Dismissed as Moot |
| 344P13 | State v. Keith Lamont Carolina | 1. Defendant's *Pro Se* Motion for Appropriate Relief<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 346P13 | State v. Jamal Nemay Williams | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-1227) | Denied |